# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL T. ROSARIO,<br><br>               Plaintiff,<br><br>v.<br><br>STERICYCLE, INC.,<br><br>               Defendants. | Case No. CV 19-1919-AB (RAO x)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 27, 2020    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE