JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL T. ROSARIO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STERICYCLE, A BUSINESS ENTITY OF UNKNOWN FORM, and DOES 1 through 50,<br><br>　　　　　Defendant. | Case No. 2:19-cv-1919-AB-RAO<br><br>ASSIGNED TO HONORABLE ANDRE BIROTTE, JR. – COURTROOM 7B<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　The Court has reviewed the Joint Stipulation for Dismissal of Entire Action with Prejudice filed by Plaintiff Raul Rosario and Defendant Stericycle, Inc.

　　　IT IS HEREBY ORDERED that the entire action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　**IT IS SO ORDERED.**

Dated: April 13, 2020　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1.